JAMES L. STINSON, Appellant, v. W. L. CALL,
Respondent.

St. Louis Court of Appeals, April 12, 1898.

*Appeal from the Lawrence Circuit Court.*—HON. J. C.
LAMSON, Judge.

TRANSFERRED TO SUPREME COURT.

BOND, J.—Plaintiff recovered judgment against
defendant before a justice of the peace. Upon a return
of *nulla bona,* a transcript of the judgment and pro-
ceedings before the justice was filed in the circuit court,
whereon an execution issued and was levied upon the
land of defendant. After a sale defendant moved to
quash, which was sustained, and plaintiff appealed to
this court. This was improper. The appeal should
have been taken to the supreme court, it being ex-
pressly held that the issue raised by an appeal from an
order vacating a sale of land under execution involves
the title to land in the constitutional sense, vesting the
decision of such question within the exclusive jurisdic-
tion of the supreme court. McAnaw v. Matthis, 129
Mo. 142; Brewing Ass'n v. Howard, 68 Mo. App. 199.
The clerk is hereby ordered to transmit this cause to
the supreme court. All concur.